Salvador **FLORES MENDOZA,**
et al., Petitioners,

v.

Alberto R. **GONZALES, Attorney General,** Respondent.

No. 04–76540.

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2007 *.

Filed June 11, 2007.

Salvador Flores Mendoza, Oakland, CA, pro se.

Rosalva Sanchez Vazquez, Oakland, CA, pro se.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM ***

Salvador Flores Mendoza and Rosalva Sanchez Vazquez, natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' adoption and affirmance of an immigration judge's denial of their application for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary hardship determination as well as petitioners' non-colorable claim that the agency failed to consider adequately all the hardship factors if petitioners were deported. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir. 2005).

**PETITION FOR REVIEW DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.